[Cite as *Zamlen-Spotts v. Cleveland State Univ.*, 2021-Ohio-3128.]

| | |
|---|---|
| JUDY ZAMLEN-SPOTTS | Case No. 2021-00087PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| CLEVELAND STATE UNIVERSITY, OFFICE OF GENERAL COUNSEL | |
| Respondent | |

{¶1} On July 1, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends denying Requester's claim for disclosure of requested records and assessing costs to Requester.

{¶2} Neither party has filed timely written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of July 1, 2021. The Court adopts the Report and Recommendation. Judgment is rendered in favor of

Respondent. Court costs are assessed to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

**Filed July 21, 2021**
**Sent to S.C. Reporter 9/10/21**